# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES § | |
| § | Civil Action No. 4:23-CR-164-13 |
| v. § | (ALM-AGD) |
| § | |
| PAUL WADE HILLIS § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2025, the Magistrate Judge entered a Report (Dkt. #400) recommending that Defendant's Motion to Dismiss the Indictment or, In the Alternative, Motion for Bill of Particulars (Dkt. #212) be denied. No party filed objections to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss the Indictment or, In the Alternative, Motion for Bill of Particulars (Dkt. #212) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 23rd day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE